IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NICHOLAS KONSOULAS, | § § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| v. | § § | 3:12-CV-02100-P |
| COMMERCIAL RECOVERY SYSTEMS, INC., | § § | |
| Defendant. | § § | |

## 30-DAY ORDER OF DISMISSAL

The Court having been advised that the parties in the captioned matter have reached a settlement agreement,

**IT IS THEREFORE ORDERED** that all claims by all parties in this action are **DISMISSED WITHOUT PREJUDICE** subject to the parties' right to reopen within thirty (30) days if the settlement is not consummated. All parties shall retain the right to notify the Court in the event that the settlement cannot be consummated within the 30-day time limit imposed by this order and to apply for an extension of this order of dismissal to allow more time to consummate the settlement, or may apply to the court for reopening of this action should the parties not be able to finalize the settlement. If reopening of this action becomes necessary, it shall be reopened as though it had never been closed. Unless the case is reopened within the 30-day time period, or the 30-day period is extended, the case will be considered **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 18th day of July, 2013.

---

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE